AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No.  25MJ228-B |
| Leeladhar H. Tandel ) | |
| *Defendant* ) | Charging District's Case No.  25MJ5169-001 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the __Western__ District of __New York__, *(if applicable)* _____ division. The defendant may need an interpreter for this language: __NA__.

The defendant:   ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  8/7/2025

s/Sonja F. Bivins
*Judge's signature*

Sonja F. Bivins, U.S. Magistrate Judge
*Printed name and title*

Certified to be a true and correct copy of the original.
Christopher Ekman
U.S. District Court
Southern District of Alabama
By: Cathi Jennings, Deputy Clerk
Date: August 07, 2025

# U.S. District Court
## SOUTHERN DISTRICT OF ALABAMA (Mobile)
## CRIMINAL DOCKET FOR CASE #: 1:25-mj-00228-B-1
### Internal Use Only

Case title: USA v. Tandel

Date Filed: 08/06/2025

Other court case number: 25-MJ-5169 Western District of New York

Assigned to: Magistrate Judge Sonja F. Bivins



**Defendant (1)**

**Leeladhar H Tandel**  represented by  **Latisha V. Colvin**
Federal Defender Organization
Southern District of Alabama
11 North Water Street
Suite 11290
Mobile, AL 36602
433-0910
Email: latisha_colvin@fd.org
Email: latisha_colvin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**                                                                 **Disposition**

None

---

**Plaintiff**

**USA**                                         represented by   **Gloria A. Bedwell**
U.S. Attorney's Office
63 S. Royal St., Rm. 600
Mobile, AL 36602
(251) 441-5845
Fax: 2514415277
Email: gloria.bedwell@usdoj.gov
Email: gloria.bedwell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*
*Bar Status: Federal Government*

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2025 | 1 | Rule 5 Documents Received as to Leeladhar H Tandel from Western District of New York. (This is a transfer out on a warrant and complaint). Initial Appearance set for 8/6/2025 03:00 PM in US Courthouse, Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. (Attachments: # 1 complaint). The U. S. Marshal is DIRECTED to produce defendant for the hearing. (cmj) (Entered: 08/06/2025) |
| 08/06/2025 |  | Set Hearing as to Leeladhar H. Tandel: Initial Appearance - Rule 5, set for 8/6/2025 03:00 PM in US Courthouse, Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. The U. S. Marshal is DIRECTED to produce defendant for the hearing. (cmj) (Entered: 08/06/2025) |
| 08/06/2025 | 2 | MOTION to Detain by USA as to Leeladhar H Tandel. (Bedwell, Gloria) (Entered: 08/06/2025) |
| 08/06/2025 | 3 | *SEALED* PRETRIAL REPORT as to Leeladhar H Tandel. (cjb) (Entered: 08/06/2025) |
| 08/06/2025 |  | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins.Initial Appearance in Rule 5(c)(3) Proceedings as to Leeladhar H |

| | | | |
|---|---|---|---|
| | | | Tandel held on 8/6/2025. Defendant's ability to hire counsel discussed orally. Appointment of AFD Latisha Colvin for defendant. Waiver of Rule 5 hearing filed. Defendant is ORDERED DETAINED pending transfer to the Western District of New York. DCR Digital Audio Recording. (cmj) (Entered: 08/07/2025) |
| 08/06/2025 | 🔒 | [4](#) | CJA 23 Financial Affidavit by Leeladhar H Tandel (cmj) (Entered: 08/07/2025) |
| 08/06/2025 | | 5 | ORDER APPOINTING FEDERAL DEFENDER Latisha V. Colvin for Leeladhar H Tandel appointed.. Signed by Magistrate Judge Sonja F. Bivins on 8/7/2025. (cmj) (Entered: 08/07/2025) |
| 08/06/2025 | | [6](#) | WAIVER of Rule 5(c)(3) Hearing by Leeladhar H Tandel (cmj) (Entered: 08/07/2025) |
| 08/06/2025 | 🔒 | [8](#) | (Court only) 🔊 RESTRICTED AUDIO FILE (1.1 MB) as to defendant Leeladhar H Tandel regarding Initial Appearance - Rule 5(c)(3) transfer out held on 8/6/2025 3:11 before Magistrate Judge Sonja F. Bivins. 00:09:00. (cmj) (Entered: 08/07/2025) |
| 08/07/2025 | | [7](#) | COMMITMENT TO ANOTHER DISTRICT as to Leeladhar H Tandel. Defendant committed to District of Western District of New York.. Signed by Magistrate Judge Sonja F. Bivins on 8/7/2025. (copy to Western District New York via email with copy of financial aff and docket sheet) (cmj) (Entered: 08/07/2025) |